

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00386-CV

### IN THE INTEREST OF S.C.S., A CHILD

On Appeal from the
105th District Court of Nueces County, Texas
Trial Court Cause No. 2016-FAM-5253-D

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August 30, 2022